S. W. Straus & Company, complainant and appellee, v. Emanuel Stern and Joseph Rosenberg, defendants, on appeal of Joseph Rosenberg, appellant. Gen. No. 32,758.

Opinion filed June 27, 1928.

Sims, Welch, Godman & Stransky, for appellant; Elwood G. Godman and Ralph E. Moody, of counsel. Gottlieb, Schwartz & Markheim, for appellee; Ulysses S. Schwartz, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

W. L. Thorne, appellee, v. The Village of Des Plaines, appellant. Gen. No. 32,393.

Opinion filed June 27, 1928. Rehearing denied July 9, 1928.

Clithero, Osborn & Stevens, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellee; Edward R. Johnston and Henry Jackson Darby, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Home Insurance Company of New York, appellee, v. P. K. Bruchas, appellant. Gen. No. 32,668.

Opinion filed July 9, 1928.

Kasimir P. Gugis, for appellant; P. B. Smith, of counsel. Frederick A. Brown and Wm. G. Worthey, for appellee; Ellis R. Hurd and J. Colburn Hamilton, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

United Military Stores, Inc., appellee, v. Emanuel Schwartz et al., appellants. Gen. No. 32,891.

Opinion filed July 9, 1928.

Albert Sabath and Paul R. Simon, for appellants. Epstein, Feiwell, Arvey & Sachs, for appellee; Louis M. Mantynband and Milton Mallin, of counsel.

Mr. Justice McSurely delivered the opinion of the court.